**Motion Granted in Part; Order filed February 21, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00614-CR
_____

**HERBERT GOLDSMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court
Harris County, Texas
Trial Court Cause No. 1277685**

## ORDER

On January 28, 2013, appellant filed a motion seeking an order directing the trial court to unseal the record so that appellant could have access to the record. Appellant asks this court to order the trial court to unseal Reporter's Record, Volume 8 filed in this appeal. Appellant seeks access to the record to determine whether it is necessary to the appeal. The motion is granted in part.

The record will remain sealed. All parties are granted access to the sealed Volume 8 of the Reporter's Record so that they may review the sealed contents to prepare their briefs. Attorneys or their representatives for the parties in this appeal may not check out the sealed record, but may review the record in the court's media viewing room.

In the event the parties refer to information from this sealed record in their briefs, they are directed to use the procedure found in Local Rule 5, that is, to file a redacted brief with a sealed reference list specifying an appropriate identifier that corresponds uniquely to each item listed.

PER CURIAM